IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10357
_____

AUDREY DICK,

    Plaintiff - Appellant

v.

COLORADO HOUSING ENTERPRISES, L.L.C.; COMMUNITY RESOURCES AND HOUSING DEVELOPMENT CORPORATION,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
_____

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's opposed emergency motion for stay of foreclosure proceedings pending appeal is GRANTED.

    Judge HIGGINSON DISSENTS.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 04, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-10357    Audrey Dick v. Colorado Housing Ent, L.L.C.,
                           et al
                        USDC No. 3:17-CV-533

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

Mr. Scott Hamilton Crist
Ms. Karen S. Mitchell
Mr. Jack B. Peacock Jr.
Mr. Selim Hassan Taherzadeh
Mr. David M. Vereeke