IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUDREY DICK, | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | |
| | § | |
| COLORADO HOUSING ENTERPRISES, | § | CIVIL ACTION NO. 3:17-CV-0533-C |
| LLC, ET AL., | § | |
| DEFENDANTS. | § | |

## ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO SET SUPERSEDEAS BOND

After considering the Emergency Motion to Set Supersedeas Bond filed by Plaintiff Audrey Dick on June 14, 2018, and the Response filed by Defendants, the Court **DENIES** the Emergency Motion to Set a Supersedeas Bond for the reasons argued in Defendants' Response.

SO ORDERED.

Dated this 26th day of June, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE